IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                    NO. 4:05CR00148-01 GH

SHAKEELA CUSHMEER

### ORDER

Pending before this court is the petition of the government for revocation of the defendant's supervised release and issuance of a summons for her to appear and show cause why her supervision should not be revoked. For good cause shown, the request for a summons is granted.

The Clerk is directed to issue a summons for the defendant, Shakeela Cushmeer, to appear before this court on April 5, 2006 at 1:00 p.m. to show cause why her supervised release should not be revoked. The U. S. Marshal is directed to serve the summons on the defendant.

IT IS SO ORDERED this 29th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE