IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:05CR00148-01 GH

SHAKEELA CUSHMEER

**ORDER**

On April 12, 2006, the defendant along with her counsel, appeared before this court for a hearing to show cause why her supervised release should not be revoked. Before the hearing began, the defendant was administered a drug test by the U. S. Probation Office which tested positive for marijuana. Defendant had been taken into U. S. Marshal custody on April 5, 2006 as a result of a positive drug test and will remain their custody.

The revocation hearing is rescheduled for April 19, 2006 at 1:00 p.m.

IT IS SO ORDERED this 14th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE