IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:05CR00148-01 GH

SHAKEELA CUSHMEER

**ORDER**

Defendant appeared with counsel on April 19, 2006 to show cause why her supervised release should not be revoked. After argument of counsel and report from the probation officer, the court directs that defendant be placed in a residential substance abuse program for 30 days. Once residential treatment has concluded, the defendant will be placed in a chemical free living facility. Costs for the program will be paid by the government.

Defendant is to be released from the custody of the U. S. Marshal. Until such time as placement in the residential facility has been secured, defendant shall report to the U. S. Probation office daily by 9:00 a.m.

IT IS SO ORDERED this 19th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE