IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:05CR00148-01 GH

SHAKEELA CUSHMEER

**ORDER**

Defendant appeared with counsel on July 14, 2006 after being taken into custody by the U.S. Marshal for failure to appear at her scheduled status hearing on the government's motion to revoke her supervised release.

The defendant's conditions of supervised release are modified to add a six month placement at the City of Faith Halfway House. While at the City of Faith, defendant is to participate in mental health treatment and/or counseling. The six months is to begin as soon as the probation office can secure a place for her at the City of Faith. Until that time, defendant shall remain in the custody of the U. S. Marshal.

Once placement is secured, the probation officer is directed to notify the U. S. Marshal and defendant's counsel so that counsel can transport her to the City of Faith.

A status hearing is scheduled for August 30, 2006 1:00 P.M.

IT IS SO ORDERED this 18th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE