IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:05CR00148-01 GH

SHAKEELA CUSHMEER

## ORDER

Pending before this court is the government's motion for revocation of the defendant's conditions of release and request for a warrant for her arrest.. On September 7, 2006, this court revoked defendant's supervised release and defendant was ordered to report to the U. S. Marshal's Office in Little Rock before 10:00 a.m. on September 14, 2006. She was further ordered to report daily to the U. S. Probation Office.

Defendant failed to report on Monday, September 11, 2006 and had not reported as of the filing of the government's motion on Tuesday. Further, the defendant tested positive for cocaine on September 8, 2006.

For good cause shown, the request for a warrant is granted. The Clerk is directed to issue an arrest warrant for the defendant, Shakeela Cushmeer, and deliver it to the U. S. Marshal for service. Once the defendant has been taken into custody, she is to be delivered immediately to her designated Bureau of Prisons facility to begin service of her sentence.

IT IS SO ORDERED this 13th day of September, 2006.

*George Howard Jr*
UNITED STATES DISTRICT JUDGE